UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
5-30-08
MAY 3 0 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 0367 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Mason |
| DION HARDEN | ) | |

MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

## PETITION FOR WRIT OF HABEAS CORPUS AND PROSEQUENDUM

Tthe UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name:       DION HARDEN
Date of Birth:
Sex:
Race:
Prisoner No

has been and now is, in due form and process of law, detained in the following institution:

Cook County Sheriff's Department of Corrections
Division 09
2834 West 31st Street
Chicago, Illinois 60608
Housing Location 09-2D-21-88

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A), and Title 21, United States Code, Section 841(a)(1), and is now wanted in such division and district on June 18, 2008, at 11:00 a.m. for arraignment before Magistrate Judge Mason, Courtroom 2214.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus *Ad Prosequendum* in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL<br>Northern District of Illinois<br>Chicago, Illinois | WARDEN<br>Cook County Sheriff's Department of Corrections<br>Division 09<br>2834 West 31st Street<br>Chicago, Illinois 60608 |

commanding them to produce the body of the prisoner before this Court at the specified time and date, and that the prisoner shall be so produced pursuant to the Writ, and that when these proceedings have been terminated, that DION HARDEN be returned forthwith to said institution from which he was brought.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Donald R. Lorenzen
    DONALD R. LORENZEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5330
    donald.lorenzen@usdoj.gov

Dated: May 30, 2008