## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 367 - 1 | **DATE** | 5/30/2008 |
| **CASE TITLE** | United States vs. Dion Harden | | |

**DOCKET ENTRY TEXT**

Government's petition for writ of habeas corpus ad prosequendum is granted. Clerk of Court is directed to issue writs of habeas corpus ad prosequendum as to defendant Dion Harden for arraignment. Arraignment set for 6/18/08 at 11:00 a.m. before Magistrate Judge Mason in courtroom 2214.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|