UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 0367 |
| | ) | |
| v. | ) | |
| | ) | |
| DION HARDEN | ) | Magistrate Judge Mason |
| | ) | |

## ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name:      DION HARDEN
Date of Birth
Sex:
Race:
Prisoner No.:

has been and now is, in due from and process of law, detained in the following institution:

Cook County Sheriff's Department of Corrections
Division 09
2834 West 31st Street
Chicago, Illinois 60608
Housing Location 09-2D-21-88,

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A), and Title 21, United States Code, Section 841(a)(1), and that said defendant should appear in this case in the United States District Court of Chicago, Illinois at 11:00 a.m. on June 18, 2008, for arraignment before Judge Mason in Courtroom 2214.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL
Northern District of Illinois
Chicago, Illinois

WARDEN
Cook County Sheriff's Department of Corrections
Division 09
2834 West 31st Street
Chicago, Illinois 60608

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
Magistrate Judge Mason

DATED at Chicago, Illinois
this 30 day of May, 2008