UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 C 0367 |
| | ) | |
| v. | ) | |
| | ) | Judge Gottschall |
| DION HARDEN | ) | |

**GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT**

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Conviction to Be Relied Upon in Seeking Increased Punishment pursuant to 21 U.S.C. § 851(a):

In the event the defendant is convicted of the offense under Title 21, United States Code, Section 841(a)(1) as charged in Counts One and Four of the Indictment in this case, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based on one of the following convictions for a felony drug offense which became final prior to the commission of the offense charged in Counts One and Four of the Indictment:

(i) On April 11, 2001, in the Circuit Court of Cook County, in case number 00 CR 2151001, the defendant was convicted after a plea of guilty of manufacturing and delivering a controlled substance, for which he received a sentence of 2 years' probation.

(ii) On April 11, 2001, in the Circuit Court of Cook County, in case number 00 CR 2728301, the defendant was convicted after a plea of guilty to manufacturing and delivering a controlled substance, for which he received a sentence of 2 years' probation.

(iii)  On April 17, 2001, in the Circuit Court of Cook County, in case number 06 CR 399901, the defendant was convicted after a plea of guilty to possession of a controlled substance, for which he received a sentence of two years imprisonment.

        Respectfully submitted,

        PATRICK J.  FITZGERALD
        United States Attorney

        By: s/ Donald R. Lorenzen
           DONALD R.  LORENZEN
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-5330
           donald.lorenzen@usdoj.gov

Dated: June 17, 2008