## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 367 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Dion Harden | | |

**DOCKET ENTRY TEXT**

Initial Appearance and Arraignment held on 6/18/08. Defendant informed of his rights. Enter Order appointing Robert Seeder of the Federal Defender Program as counsel for the defendant. Defendant waives formal reading of the Indictment and enters a plea of not guilty as to all counts. Rule 16.1(a) conference to be held by 7/2/08. Pretrial motions to be filed by 7/17/08. Responses to be filed by 7/31/08. Replies to be filed by 8/7/08. Ruling by mail by 9/4/08. Status hearing before Judge Gottschall set for 7/9/08 at 9:30 a.m. Defendant is ordered detained and remanded to the custody of the U.S. Marshals pending further order of the Court. Time is excluded from 6/18/08 through 7/9/08 pursuant to 18:3161(h)(8)(A)(B). (X-T).

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|