*QP*

# United States District Court
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA )
)
vs. )
)
DION  HARDEN )  NO. <u>O8 CR 367</u>
)
_____ )  08cv367
)
)

## ORDER APPOINTING COUNSEL

The above-named defendant has testified under oath or has filed with the court an Affidavit

of Financial Status and thereby satisfied this court that he or she is financially unable to employ

counsel.


Accordingly, the **FEDERAL DEFENDER PROGRAM** is hereby appointed to represent

this defendant in the above designated case unless relieved by an order of this court or by order

of the court of appeals.


DATE: _June 18, 08_

ENTER:

_Michael J. Mason_

Signature of U.S. District Court Judge,
Magistrate Judge (or Clerk or Deputy
Clerk by order of the Court)