## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 367 - 1 | **DATE** | 7/9/2008 |
| **CASE TITLE** | USA vs. Dion Harden | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/13/08 at 9:30AM.  Oral motion by Defendant's counsel for an extension of time to file pretrial motions by 8/15/08 is granted.  Responses by 8/29/08.  Replies by 9/5/08.  Ruling by mail by 10/6/08.  Time is excluded through 10/6/08 pursuant to 18:3161(h)(1)(F). (X-E).

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | RJ |
|---|---|---|