**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                          Case No.: 1:08–cr–00367
                                                     Honorable Joan B. Gottschall

Dion Harden
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: as to Dion Harden; Status hearing held on 8/6/2008. Defendant's oral motion to extend date for filing pretrial motions is granted. Defendant to file motions by 9/15/2008. The government to respond by 9/29/2008 and defendant to reply by 10/6/2008. Hearing and ruling on motions set for 11/6/2008 at 9:30 A.M. Time is excluded through 11/6/2008 pursuant to 18:3161(h)(1)(F). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.