# United States Court of Appeals

**For The Seventh Circuit**
219 South Dearborn Street
Chicago, Illinois 60604

**FILED**
FEB 8 2010
2-8-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 CR 367-1

2/8/10

Dear Appeals Deputy,

    I am enclosing a notice of appeal that was received by this court. I am enclosing this document for proper filing with your court. Please file the notice of appeal using our received stamp date pursuant to F.R.A.P. 4(d). Please make up and send us a short record in this case.

    If you have already received this notice of appeal, please disregard this document.

Sincerely,

Pro Se Clerk